IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KOLON INDUSTRIES, INC.,

    Counterclaimant,

v.                                               Civil Action No. 3:11cv622

E.I. du PONT de NEMOURS AND
COMPANY,

    Counter-Defendant.

**ORDER**

For the reasons set forth on the record on September 30, 2011, having found Kolon Industries, Inc. ("Kolon") in violation of the Order entered on September 16, 2011 (Docket No. 19) because it has failed to produce documents from Michael Mitchell, H.K. Jung, Bruce Lindley, Joe Kaminsky, and Steve S.K. Chung, documents which the September 16 Order required it to produce no later than September 20, it is hereby ORDERED that sanctions will be imposed on Kolon. E.I. du Pont de Nemours and Company ("DuPont") shall file, by October 15, 2011, a brief in which it shall propose and make its arguments in support of the specific type of sanction which should be imposed. Kolon shall

2

file its response by October 22, 2011 and DuPont shall file its reply by October 29, 2011.

    It is so ORDERED.

                                      /s/        REP
                           Robert E. Payne
                           Senior United States District Judge

Richmond, Virginia
Date: October 3, 2011